UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christie Toth and Graduate
Employees Organization,
AFT Michigan, AFT, AFL-CIO,

    Plaintiffs,

and

The Regents of the University
of Michigan,

    Plaintiffs in Intervention,

v

Edward Callaghan, Christine
Derdarian, and Nino Green, in their
official capacities as Members of the
Michigan Employment Relations Commission,

    Defendants.
_____/

Case No. 12-CV-11700

HON. MARK A. GOLDSMITH

## ORDER

Based on the memoranda filed by the parties pursuant to the Order of this Court of February 6, 2014 (Dkt. 49), it is ordered that no further proceedings need be conducted before this Court. It is further ordered that all pending issues in this case are resolved as to all

parties. Therefore, this Order incorporates the Opinion and Order (Dkt. 46) and Judgment (Dkt. 47) of February 5, 2014, and serves as the final decision of the Court pursuant to 28 U.S.C. § 1291.

SO ORDERED.

Dated: February 19, 2014        s/Mark A. Goldsmith
       Flint, Michigan            MARK A. GOLDSMITH
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 19, 2014.

                                         s/Deborah J. Goltz
                                         DEBORAH J. GOLTZ
                                         Case Manager